IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

and

UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO,

    Intervenor,

v.

CAPITAL HOLDINGS, LLC;
CAPITAL HOLDINGS INT., LLC;
SMITTY'S INVESTMENTS, LLC;
MONARCH CAPITAL HOLDINGS, LLC;
NATIONAL MARKETING SOLUTIONS, LLC;
NORTH WEST GROUP, LLC;
HERITAGE AMERICA;
GEORGE BEROS;
TERRY LORENZEN;
JEFFREY D. MITCHELL;
JOHN J. SCHLABACH;
MICHAEL D. SMITH;
MICHAEL VALLONE;
ROY R. CHAVERS;
GARY N. HERBERT; and
GEORGE A. WEED;

    Defendants,

and

FAST TRACK, LLC;

CAMBRIDGE VENTURES, LTD.;
CAMBRIDGE ENTERPRISES, LLC;
REGENCY VENTURES, LTD.;
JANNICE MCLAIN; and
SCOTT SCHMIDT;

      Defendants Solely for the Purpose of Equitable Relief.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      This matter comes before the court on Defendant Schlabach's Voluntary Withdrawal of Subpoena (filed June 20, 2005, doc. no. 187) which has been docketed as a motion to withdrawal. In light of Defendant Schlabach's representations, it is hereby **ORDERED** that the motion to withdraw is **GRANTED** and Third Party Witness Zurlini's Motion to Quash Deposition Subpoena and for Protective Order (filed May 23, 2005) is **DENIED**, as moot, and without prejudice.

**DATED:**      June 24, 2005