IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

and

UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO,

    Intervenor,

v.

CAPITAL HOLDINGS, L.L.C.; *et al.,*

    Defendants.

FAST TRACK, L.L.C.; *et al.,*

    Defendants Solely for Purposes of Equitable Relief.

---

## ORDER REGARDING DEFENDANT SCHLABACH'S
## MOTION FOR RECONSIDERATION

---

    THIS MATTER comes before the court on *pro se* Defendant Schlabach's Motion for Reconsideration (Document # 207), filed on January 17, 2006. In his motion, Defendant Schlabach asks this court to "reconsider its ruling issued in oral hearing on January 4, 2005."

    The court will presume that Defendant Schlabach is referring to the telephone discovery conference held on January 3, 2006. The docket sheet does not show any hearing in this case on January 4, 2006. The courtroom minutes from the January 3, 2006 telephone discovery conference indicate that Mr. Schlabach discussed his concerns regarding Plaintiff Securities and

1

Exchange Commission's responses to discovery. Rather than making any ruling, I merely concluded that Defendant Schlabach had discharged his obligations under D.C.COLO.LCivR 7.1A and this court's standing proceedings regarding mediation of discovery disputes. The courtroom minutes further reflect that the court invited Mr. Schlabach to "file a Motion to Compel if he feels he is on sound factual and legal ground." In short, the courtroom minutes do not reflect any ruling by the court that would require "reconsideration."

In view of the foregoing, the court will treat Defendant Schlabach's motion as a Motion to Compel directed against the Securities and Exchange Commission. Plaintiff is directed to file a response on or before February 6, 2006. Plaintiff may file a reply, if any, on or before February 27, 2006.

DATED at Denver, Colorado, this 19th day of January, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge