IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

and

UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO,

    Intervenor,

v.

CAPITAL HOLDINGS, LLC;
CAPITAL HOLDINGS INT., LLC;
SMITTY'S INVESTMENTS, LLC;
MONARCH CAPITAL HOLDINGS, LLC;
NATIONAL MARKETING SOLUTIONS, LLC;
NORTH WEST GROUP, LLC;
HERITAGE AMERICA;
GEORGE BEROS;
TERRY LORENZEN;
JEFFREY D. MITCHELL;
JOHN J. SCHLABACH;
MICHAEL D. SMITH;
MICHAEL VALLONE;
ROY R. CHAVERS;
GARY N. HERBERT; and
GEORGE A. WEED;

    Defendants,
and

FAST TRACK, LLC;
CAMBRIDGE VENTURES, LTD.;
CAMBRIDGE ENTERPRISES, LLC;
REGENCY VENTURES, LTD.;
JANNICE MCLAIN; and
SCOTT SCHMIDT;

Defendants Solely for the Purpose of Equitable Relief.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

  IT IS HEREBY ORDERED that counsel for the Defendant, Mr. Paul Daiker's Motion to Withdraw (*doc. no. 233*) is **DENIED** without prejudice, for failure to comply with D.C.COLOL.CIVR. 83.3 D.

**DATED:**  May 15, 2006