IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

and

UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO,

    Intervenor,

v.

CAPITAL HOLDINGS, LLC;
CAPITAL HOLDINGS INT., LLC;
SMITTY'S INVESTMENTS, LLC;
MONARCH CAPITAL HOLDINGS, LLC;
NATIONAL MARKETING SOLUTIONS, LLC;
NORTH WEST GROUP, LLC;
HERITAGE AMERICA;
GEORGE BEROS;
TERRY LORENZEN;
JEFFREY D. MITCHELL;
JOHN J. SCHLABACH;
MICHAEL D. SMITH;
MICHAEL VALLONE;
ROY R. CHAVERS;
GARY N. HERBERT; and
GEORGE A. WEED;

    Defendants,
and

FAST TRACK, LLC;
CAMBRIDGE VENTURES, LTD.;
CAMBRIDGE ENTERPRISES, LLC;
REGENCY VENTURES, LTD.;
JANNICE MCLAIN; and
SCOTT SCHMIDT;

Defendants Solely for the Purpose of Equitable Relief.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Renewed Motion for Permission to Withdraw as Counsel (filed May 17, 2006; *doc. no. 236*) is **GRANTED**.

Attorney Daiker is relieved of any further representation of Defendant Beros in the above captioned matter. The Clerk's Office is instructed to remove Mr. Daiker from the electronic certificate of mailing.

**DATED:**        May 30, 2006