**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CAPITAL HOLDINGS, LLC, et al.,

    Defendants.

and

FAST TRACK, LLC., et al.

    Defendants Solely for the Purpose of Equitable Relief.

## MINUTE ORDER[1]

    The matter before the court is the **Motion to Attend Status/Scheduling Conference by Telephone** [#244], filed December 11, 2006.  Said motion is GRANTED.  The status conference set for December 15, 2006, is converted to a telephone status conference which shall be arranged, scheduled and coordinated by counsel for the plaintiff.

Dated: December 12, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.