IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

and

UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO,

    Intervenor,

v.

CAPITAL HOLDINGS, LLC;
CAPITAL HOLDINGS INT., LLC;
SMITTY'S INVESTMENTS, LLC;
MONARCH CAPITAL HOLDINGS, LLC;
NATIONAL MARKETING SOLUTIONS, LLC;
NORTH WEST GROUP, LLC;
HERITAGE AMERICA;
GEORGE BEROS;
TERRY LORENZEN;
JEFFREY D. MITCHELL;
JOHN J. SCHLABACH;
MICHAEL D. SMITH;
MICHAEL VALLONE;
ROY R. CHAVERS;
GARY N. HERBERT; and
GEORGE A. WEED;

    Defendants,
and

FAST TRACK, LLC;
CAMBRIDGE VENTURES, LTD.;
CAMBRIDGE ENTERPRISES, LLC;
REGENCY VENTURES, LTD.;
JANNICE MCLAIN; and
SCOTT SCHMIDT;

Defendants Solely for the Purpose of Equitable Relief.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Motion to Withdraw & Lift Partial Stay of Discovery (*doc. no. 260)* is **GRANTED**. The stay of discovery previously imposed in the Court's Memorandum Order re: Motion to Intervene & Stay Proceedings (*doc. no. 171)* is hereby lifted.

IT IS FURTHER ORDERED that Attorney Matthew T. Kirsch of the United States Attorney's Office is relieved of any further representation of *Intervenor Plaintiff United States of America* in the above captioned matter. The Clerk's Office is instructed to remove Mr. Kirsch from the electronic certificate of mailing.

IT IS FURTHER ORDERED that Intervenor Plaintiff United States of America is DROPPED as a named party to this action, and the case caption is amended accordingly.

**DATED:**     August 8, 2007