**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

CAPITAL HOLDINGS, LLC,
CAPITAL HOLDINGS INT., LLC,
NORTH WEST GROUP, LLC,
HERITAGE AMERICA,
NORMAN E. SCHMIDT,
GEORGE BEROS,
TERRY LORENZEN,
JEFFREY D. MITCHELL,
JOHN J. SCHLABACH,
MICHAEL D. SMITH,
MICHAEL VALLONE,
ROY R. CHAVERS,
GARY N. HERBERT,
GEORGE A. WEED,
SMITTY'S INVESTMENTS, LLC,
MONARCH CAPITAL HOLDINGS, LLC, and
NATIONAL MARKETING SOLUTIONS,

    Defendants.
and

FAST TRACK, LLC.,
CAMBRIDGE VENTURES, LTD.,
CAMBRIDGE ENTERPRISES, LLC,
REGENCY VENTURES, LTD.,
JANNICE McLAIN,
SCOTT SCHMIDT,

    Defendants Solely for the Purpose of Equitable Relief.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS JANNICE McLAIN AND SCOTT SCHMIDT ONLY**

**Blackburn, J.**

The matter comes before the court on the **Plaintiff's Motion To Dismiss As To Relief Defendant Jannice McLain** [#263], and **Plaintiff's Motion To Dismiss As To Relief Defendant Scott Schmidt** [#264], both filed August 13, 2007.  After careful review of the motions and the file, the court has concluded that the motions should be granted and that relief defendants, Jannice McLain and Scott Schmidt, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiff's Motion To Dismiss As To Relief Defendant Jannice McLain** [#263] filed August 13, 2007, **IS GRANTED**;

2. That **Plaintiff's Motion To Dismiss As To Relief Defendant Scott Schmidt** [#264] filed August 13, 2007, **IS GRANTED**;

3.  That plaintiff's claims against relief defendants, Jannice McLain and Scott Schmidt, **ARE DISMISSED**; and

4.  That relief defendants, Jannice McLain and Scott Schmidt, **ARE  DROPPED** as named parties to this action, and the case caption **IS AMENDED** accordingly.

Dated August 14, 2007, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**