IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CAPITAL HOLDINGS INT., LLC;
SMITTY'S INVESTMENTS, LLC;
MONARCH CAPITAL HOLDINGS, LLC;
NATIONAL MARKETING SOLUTIONS, LLC;
NORTH WEST GROUP, LLC;
HERITAGE AMERICA;
TERRY LORENZEN;
JEFFREY D. MITCHELL;
JOHN J. SCHLABACH;
MICHAEL D. SMITH;
ROY R. CHAVERS;
GARY N. HERBERT; and
GEORGE A. WEED;

    Defendants,
and

FAST TRACK, LLC;
CAMBRIDGE VENTURES, LTD.;
CAMBRIDGE ENTERPRISES, LLC; and
REGENCY VENTURES, LTD.;

    Defendants Solely for the Purpose of Equitable Relief.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

   IT IS HEREBY ORDERED that John Schlabach's Motion to Appear by Phone Because of Financial Hardship (*doc. no. 279)* is **GRANTED**.  Mr. Schlabach is instructed to contact the court by dialing 303.844.2117 a few minutes before 9:00 a.m. (Denver time) on October 19, 2007.

   As of the date of this minute order, the court has only authorized telephonic participation by Mr. Schlabach.  All other parties are expected to be physically present for the hearing.

**DATED:**  October 10, 2007