IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 03-cv-00923-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: February 11, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | J. Kevin Edmundson, via telephone |
| **Plaintiff,** | |
| v. | |
| TERRY LORENZEN, *et al.,* | John J. Schlabach, prose (ph) |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTIONS HEARING**
**Court in Session:    10:47 a.m.**
Court calls case.  Appearances of plaintiff's counsel and *pro se* defendant.

The parties discuss the Motion to Compel Production of Documents [filed January 8, 2008; doc. 289] with the court.

**ORDERED:** The Motion to Compel Production of Documents [filed January 8, 2008; doc. 289] is taken under advisement.

**ORDERED:** The SEC shall provide defendant Schlabach a privilege log by the close of business on February 15, 2008.

**ORDERED:** A Telephonic Status Conference is set for February 22, 2008 at 12:30 p.m. The parties shall create a conference call and then contact the court at (303) 844-2117 to participate in the hearing.

HEARING CONCLUDED.

**Court in recess:    11:07 a.m.**
Total time in court:    00:20