# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 03-cv-00923-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 22, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | J. Kevin Edmundson, via telephone |
| **Plaintiff,** | |
| v. | |
| TERRY LORENZEN, *et al.*, | John Schlabach, *pro se* (ph) |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 12:37 p.m.
Court calls case. Appearances of plaintiff's counsel and *pro se* defendant, John Schlabach.

**ORDERED:** The Motion to Compel Production of Documents [filed January 8, 2008; doc. 289] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:** 12:42 p.m.
Total time in court: 00:05