IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CAPITAL HOLDINGS, LLC, et al.,

    Defendants.

and

FAST TRACK, LLC. et al,

    Defendants Solely for the Purpose of Equitable Relief.

## ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR JUDGMENT BY DEFAULT

**Blackburn, J.**

The matters before me are the government's (1) **Motion for Judgment by Default Against Defendant Charles F. Lewis** [#309], filed July 30, 2008; and (2) **Motion for Judgment by Default Against Defendant George A. Weed** [#310], filed July 30, 2008. I deny the motions without prejudice.

The Tenth Circuit has recognized that "Rule 55 mandates a two-step process for a party who seeks a default judgment in his favor:"

> First, the party wishing to obtain a default judgment must apprise the court that the opposing party has failed to plead or otherwise defend by requesting by affidavit or otherwise that the clerk enter default on the docket. Second, following an entry of default by the clerk, the party entitled to a judgment by default shall apply to the court therefor.

***Williams v. Smithson***, 1995 WL 365988 at *1 (10th Cir. June 20, 1995) (internal

citations and quotation marks omitted); *see also Garrett v. Seymour*, 2007 WL 549388 at *2 (10th Cir. Feb. 23, 2007) (describing clerk's entry of default under Rule 55(a) as "a prerequisite for the entry of a default judgment" under Rule 55(b)). It appears from the docket that the government has never requested an entry of default from the Clerk of the Court as to either of the two defendants implicated by the present motions. Thus, its requests for default judgment are premature.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Motion for Judgment by Default Against Defendant Charles F. Lewis** [#309], filed July 30, 2008, is **DENIED WITHOUT PREJUDICE**; and

2. That the government's **Motion for Judgment by Default Against Defendant George A. Weed** [#310], filed July 30, 2008, is **DENIED WITHOUT PREJUDICE**.

Dated September 2, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**