**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  03-cv-00923-REB-CBS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

CAPITAL HOLDINGS, LLC, et al,

      Defendants.

and

FAST TRACK, LLC., et al.,

      Defendants Solely for the Purpose of Equitable Relief.

---

**ORDER OF DISMISSAL AS TO ALL REMAINING CLAIMS AGAINST**
**ALL DEFENDANTS AND RELIEF DEFENDANTS**

---

**Blackburn, J.**

      The matter before me is the **Plaintiff's Motion To Dismiss All Remaining**

**Claims Against All Defendants and Relief Defendants** [#346] filed March 23, 2009.

After careful review of the motion and the file, I conclude that the motion should be

granted and that this action should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Plaintiff's Motion To Dismiss All Remaining Claims Against All**

**Defendants and Relief Defendants** [#346] filed March 23, 2009, is **GRANTED**;

      2.  That all claims against defendants, Capital Holdings, LLC; Capital Holdings,

Int, LLC; Smitty's Investments, LLC; Monarch Capital Holdings, LLC; National Marketing

Solutions, LLC; North West Group, LLC; Heritage America; Norman E. Schmidt; George

Beros; Charles F. Lewis; Terry Lorenzen; Jeffrey D. Mitchell; John L.Schlabach; Michael

D. Smith; Michael Vallone; Roy R. Chavers; Gary N. Herbert; and George A. Weed are

**DISMISSED**;

    3.  That all claims against Relief Defendants, Fast Track, LLC; Cambridge

Ventures, Ltd; Cambridge Enterprises, LLC; and Regency Ventures, Ltd, are

**DISMISSED**; and

    4.  That each party to this case shall bear its own attorney fees and costs.

    Dated March 24, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge